**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-cv-81505-DMM**

OKEELANTA CORPORATION,

      Plaintiff,

v.

UNITED STATES ARMY CORPS OF
ENGINEERS,

      Defendant.
_____/

**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Pursuant to S. D. Fla. Local Rule 3.8, Plaintiff Okeelanta Corporation advises the Court of the following two actions filed on August 26, 2021, both of which involve subject matter which is a material part of the subject matter in the instant suit:

- *United States Sugar Corporation v. United States Army Corps of Engineers, et al.*, Case No. 21-cv-81506-DMM (S.D. Fla.).

- *Sugar Cane Growers Cooperative of Florida v. United States Army Corps of Engineers*, Case No. 21-cv-81508-WPD (S.D. Fla.).

Dated:  August 27, 2021

                                                  Respectfully submitted,

                                                  /s/  *T. Neal McAliley*
                                                  T. Neal McAliley
                                                  Florida Bar No. 172091
                                                  nmcaliley@carltonfields.com
                                                  Charles Throckmorton
                                                  Florida Bar No. 101203
                                                  cthrockmorton@carltonfields.com
                                                  CARLTON FIELDS, P.A.
                                                  2 MiamiCentral
                                                  700 NW 1st Avenue, Suite 1200
                                                  Miami, Florida 33136
                                                  Tel: (305) 530-0050
                                                  *Attorneys for Okeelanta Corporation*