## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| OKEELANTA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81505-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |
| | | |
| UNITED STATES SUGAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81506-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | | |
| | | |
| SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81508-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |

## [PROPOSED] ORDER CONSOLIDATING CASES
## AND EXTENDING CERTAIN FILING DEADLINES

THIS CAUSE comes before the Court upon the Defendants' Unopposed Motion for Consolidation and for Extension of Filing Deadlines filed in these three cases (DE 13 in Cases No. 21-cv-81505 and 21-cv-81508 and DE 9 in Case No. 21-cv-81506). I have reviewed the Motion, and finding good cause therefor, order the following:

      1.      Case Nos. 21-cv-81505, 21-cv-81506, and 21-cv-81508 are administratively consolidated. Papers filed in one case shall be deemed filed in the other two cases.

      2.      Defendants shall file their response to the complaints no later than December 6, 2021. If the Federal Defendants move to dismiss any or all of the complaints, Plaintiffs (or each of them) shall file their opposition papers no later than January 14, 2022; and the Federal Defendants shall file their reply or replies no later than February 14, 2022.

      3.      Defendants may prepare a single administrative record for all three cases.

      4.      The Court reserves all other matters related to consolidation and scheduling.

DONE and ORDERED in Chambers, at West Palm Beach, Florida, this ____ day of _____, 2021.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record.