UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-cv-81505

OKEELANTA CORPORATION,

    Plaintiff,

v.

UNITED STATES ARMY CORPS OF
ENGINEERS,

    Defendant.

_____/

**Exhibit B to Motion for Protective Order**
**Case No. 21-cv-81505**
**December 21, 2021**

**OKEELANTA CORPORATION'S FIRST SET
OF INTERROGATORIES TO UNITED STATES ARMY CORPS OF ENGINEERS**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Okeelanta Corporation ("Okeelanta") hereby propounds the following interrogatories to be answered fully under oath by Defendant United States Army Corps of Engineers ("Corps").

**DEFINITIONS**

The following words and phrases shall be defined as follows:

1.    "You," "Your," or "Corps" shall mean the United States Army Corps of Engineers, and any individuals purporting to act on its behalf.

2.    The terms "Guidance Memoranda," "System Operating Manual," and "Pre-CERP Baseline" are defined in 33 C.F.R. § 385.3.

3.    The words "document" or "documents" include writings, drawings, graphs, and charts, including electronically stored information, that are in the possession, custody, or control of the Corps or its counsel. The term "document" further includes originals and all drafts and copies that differ in any respect from the original.

4.    "Date" shall mean the exact date, month and year, if ascertainable, or if not, the

best approximation of the date.

## INSTRUCTIONS

1. Please answer the following interrogatories pursuant to the procedures set forth in Rules 26 and 33 of the Federal Rules of Civil Procedure.

2. If any of the following interrogatories cannot be answered in full after exercising due diligence to secure the information, please so state and answer to the extent possible, specifying Your inability to answer the remainder, and state whatever information You have concerning unanswered portions.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Did the Corps issue final, approved Guidance Memoranda, as provided in 33 CFR § 385.5(b)? If so, please identify the date when the decision was made to approve the Guidance Memoranda, and the documents that evidence that decision.

**ANSWER:**


**INTERROGATORY NO. 2:** Did the Corps issue a final, approved System Operating Manual, as provided in 33 CFR § 385.28(b)? If so, please identify the date when the decision was made to approve the System Operating Manual, the documents that evidence that decision, and the documents that comprise the System Operating Manual issued pursuant to 33 CFR § 385.28(b).

**ANSWER:**


**INTERROGATORY NO. 3:** Did the Corps issue a final, approved Pre-CERP Baseline, as provided in 33 CFR § 385.35(a)? If so, please identify the date when the decision was made to approve the Pre-CERP Baseline, the documents that evidence that decision, and the documents that describe the approved Pre-CERP Baseline.

**ANSWER:**

Dated: November 24, 2021

Respectfully submitted,

/s/ *Charles Throckmorton*
T. Neal McAliley
Florida Bar No. 172091
nmcaliley@carltonfields.com
Charles Throckmorton
Florida Bar No. 101203
cthrockmorton@carltonfields.com
CARLTON FIELDS, P.A.
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Tel: (305) 530-0050
Fax: (305) 530-0055

*Attorneys for Okeelanta Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2021, I served the foregoing via email on all counsel or parties of record on the Service List below.

/s/ *Charles Throckmorton*
Charles Throckmorton

## SERVICE LIST

**MATTHEW J. FEELEY**
Office of the United States Attorney
Southern District of Florida
99 N.E. 4th Street, Suite 300
Miami, FL 33132-2111
Email: Matthew.Feeley@usdoj.gov
Tel: 305.961.9235; Fax: 305.530.7139

**PETER KRYN DYKEMA**
U.S. Department of Justice
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E., Suite 3.206
Washington, DC 20002
(202) 305-0436
Email: peter.dykema@usdoj.gov

**SALLY J. SULLIVAN**
U.S. Department of Justice
Environment and Natural Resources Division
150 M Street NE Suite 3.142
Washington, DC 20002
(202) 514-9269
Email: sally.sullivan@usdoj.gov

*Counsel for United States Army Corps of Engineers*