**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-cv-81505**

OKEELANTA CORPORATION,

    Plaintiff,

v.

UNITED STATES ARMY CORPS OF
ENGINEERS,

    Defendant.
_____/

<span style="color:red">**Exhibit B to Motion for Protective Order**
**Case No. 21-cv-81505**
**December 21, 2021**</span>

**OKEELANTA CORPORATION'S FIRST REQUEST FOR PRODUCTION**
**OF DOCUMENTS TO UNITED STATES ARMY CORPS OF ENGINEERS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Okeelanta Corporation ("Okeelanta") hereby propounds the following Request for Production of Documents to Defendant United States Army Corps of Engineers ("Corps"). Okeelanta requests that the documents be provided electronically to its counsel or, alternatively, made available for inspection and copying at Carlton Fields, P.A., 2 Miami Central, Suite 1200, 700 N.W. 1st Avenue, Miami, Florida 33136.

**DEFINITIONS**

The following words and phrases shall be defined as follows:

1. "You," "Your," or the "Corps" shall mean the United States Army Corps of Engineers, and any individuals purporting to act on its behalf.

2. The terms "Guidance Memoranda," "System Operating Manual," and "Pre-CERP Baseline" are defined in 33 C.F.R. § 385.3.

3. The words "document" or "documents" include writings, drawings, graphs, and charts, including electronically stored information, that are in the possession, custody, or control

of the Corps or its counsel. The term "document" further includes originals and all drafts and copies that differ in any respect from the original.

4. "Date" shall mean the exact date, month and year, if ascertainable, or if not, the best approximation of the date.

## INSTRUCTIONS

1. Please respond to the following requests pursuant to the procedures set forth in Rules 26 and 34 of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** Any documents identified in Your response to Okeelanta's November 24, 2021 First Set of Interrogatories, or replied upon by You in responding to the Interrogatories.

**REQUEST NO. 2:** The following documents related to any Guidance Memoranda developed pursuant to 33 CFR § 385.5:

    a. The final, approved Guidance Memoranda.

    b. Any drafts of the Guidance Memoranda.

    c. Any public notices of opportunities to review and comment on drafts of the Guidance Memoranda, as provided in 33 CFR § 385.5(b)(2), and any comments received by the Corps on any draft Guidance Memoranda.

    d. Any record of decision, memorandum of record, or other document that describes and/or explains the Corps' and/or South Florida Water Management District's actions related to the development or adoption of the Guidance Memoranda.

    e. Any document evidencing approval of the Guidance Memoranda by the Secretary of the Army, or such other agency official delegated the authority to approve the Guidance Memoranda.

    f. Any statements of concurrence or non-concurrence, as described in 33 CFR § 385.5(b)(5).

**REQUEST NO. 3:** The following documents related to any System Operating Manual developed pursuant to 33 CFR § 385.28(b):

   a. The final, approved System Operating Manual.

   b. Any drafts of the System Operating Manual.

   c. Any public notices of opportunities to review and comment on drafts of the System Operating Manual, as provided in 33 CFR § 385.28(a)(3), and any comments received by the Corps on draft System Operating Manuals.

   d. Any record of decision, memorandum of record, or other document that describes and/or explains the decisions or actions of the Corps and/or South Florida Water Management District related to the development or adoption of the System Operating Manual.

   e. Any document evidencing approval of the completed System Operating Manual by the Division Engineer and/or South Florida Water Management District, as provided in 33 CFR § 385.28(a)(4).

**REQUEST NO. 4:** The following documents related to the Pre-CERP Baseline developed pursuant to 33 CFR § 385.35(a):

   a. The final, approved Pre-CERP Baseline.

   b. Any drafts of the Pre-CERP Baseline.

   c. Any public notices of opportunities to review and comment on drafts of the Pre-CERP Baseline, as provided in 33 CFR § 385.35(a)(2), and any comments received by the Corps on any draft Pre-CERP Baseline.

   d. Any record of decision, memorandum of record, or other document that describes and/or explains the Corps' and/or South Florida Water Management District's actions related to the development or adoption of the Pre-CERP Baseline.

   e. Any document evidencing approval of the Pre-CERP Baseline by the Secretary of the Army, or such other agency official delegated the authority to approve the Pre-CERP Baseline, as provided in 33 CFR § 385.35(a)(1).

   f. Any statements of concurrence or non-concurrence, as described in 33 CFR § 385.35(a)(3).

Dated:  November 24, 2021

Respectfully submitted,

/s/  *Charles Throckmorton*
T. Neal McAliley
Florida Bar No. 172091
nmcaliley@carltonfields.com
Charles Throckmorton
Florida Bar No. 101203
cthrockmorton@carltonfields.com
CARLTON FIELDS, P.A.
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Tel: (305) 530-0050
Fax: (305) 530-0055

*Attorneys for Okeelanta Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 24, 2021, I served the foregoing via email on all counsel or parties of record on the Service List below.

/s/ *Charles Throckmorton*
Charles Throckmorton

**SERVICE LIST**

**MATTHEW J. FEELEY**
Office of the United States Attorney
Southern District of Florida
99 N.E. 4th Street, Suite 300
Miami, FL 33132-2111
Email: Matthew.Feeley@usdoj.gov
Tel: 305.961.9235; Fax: 305.530.7139

**PETER KRYN DYKEMA**
U.S. Department of Justice
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E., Suite 3.206
Washington, DC 20002
(202) 305-0436
Email: peter.dykema@usdoj.gov

**SALLY J. SULLIVAN**
U.S. Department of Justice
Environment and Natural Resources Division
150 M Street NE Suite 3.142
Washington, DC 20002
(202) 514-9269
Email: sally.sullivan@usdoj.gov

*Counsel for United States Army Corps of Engineers*