United States District Court
Southern District of Florida

Case Number: __21-81505__

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

<u>Documents Retained in Supplemental Case Files</u> (Scanned or Not Scanned)

<u>Civil Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
_1_ • CD, DVD, VHS tapes, cassette tapes  Flash drive
___ • Surety bonds
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Bound extradition papers
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

<u>Criminal Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS Tape, Cassette Tapes
___ • Bond documentation
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Indictments
___ • Arrest warrants
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

Date: __1-6-2022__    _L. Brown_

Revised: 8/20/2012



U.S. Department of Justice

Environment and Natural Resources Division

*Peter Kryn Dykema*  *Telephone (202) 305-0436*
*Senior Trial Attorney*  *Facsimile (202) 353-2021*
*Natural Resources Section*  *Mobile (202) 532-3084*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

January 5, 2022

<u>*Via Federal Express*</u>

Office of the Clerk
United States District Court for the Southern District of Florida
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
West Palm Beach, Florida 33401

Re: *Okeelanta Corporation, et al. v. United States Army Corps of Engineers, et al. 9:21-cv-81505-DMM*

Dear Sir or Madame:

  Enclosed for filing in the above-captioned consolidated matter please find three copies, in electronic format (flash drives), of the exhibits to Defendants' Motion to Dismiss, which will be filed January 6, 2022. By agreement of the parties, the exhibits are continuously paginated and constitute a preliminary and partial installment of the administrative record in this consolidated action.

  Please be so kind as to forward two of the flash drives to Judge Middlebrooks' chambers.

  Please do not hesitate to contact me if I may be of further service.

*/s/ Peter Kryn Dykema*

```
ORIGIN ID:DENA      (303) 844-7917
SETH ALLISON                              SHIP DATE: 05JAN22
                                          ACTWGT: 5.00 LB
999 18TH ST, SOUTH TERRACE                CAD: 9556384/INET4400
SUITE 370
DENVER, CO 80202
UNITED STATES US                          BILL SENDER

TO   OFFICE OF THE CLERK
     U.S. DIST. COURT FOR S. DIST. FLA.
     PAUL G. ROGERS FED. BLDG.
     701 CLEMATIS STREET, RM. 202
     WEST PALM BEACH FL 33401
     (561) 803-3400
INV:                REF: 90-1-4-16443
PO:                             DEPT:
```



```
TRK#  7756 7409 7487        THU - 06 JAN 10:30A
0201                        PRIORITY OVERNIGHT

XG PBIA                              33401
                            FL-US      PBI
```



1/5/22, 2:34 PM

Extremely Urgent