UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OKEELANTA CORPORATION, )<br>)<br>  Plaintiff, )<br>)<br>      v. )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, )<br>)<br>    Defendant. ) | Case No. 9:21-cv-81505-DMM |
| UNITED STATES SUGAR CORPORATION, )<br>)<br>  Plaintiff, )<br>)<br>      v. )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, CHRISTINE E. WORMUTH, )<br>in her official capacity as Secretary of the Army, )<br>MICHAEL L. CONNOR, in his official capacity as )<br>Assistant Secretary of the Army (Civil Works)[1], )<br>LIEUTENANT GENERAL SCOTT A. )<br>SPELLMON, in his official capacity as )<br>Commanding General and Chief of Engineers for )<br>the United States Army Corps of Engineers, )<br>COLONEL JAMES L. BOOTH[2], in his official )<br>Capacity as Commanding District Engineer for the )<br>United States Army Corps of Engineers, )<br>Jacksonville District, )<br>)<br>    Defendants. ) | Case No. 9:21-cv-81506-DMM |

---

[1] Automatically substituted for Jaime A. Pinkham pursuant to Fed. R. Civ. P. 25(d).

[2] Automatically substituted for Andrew D. Kelly pursuant to Fed. R. Civ. P. 25(d).

| | |
|---|---|
| SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF ENGINEERS, )<br>)<br>Defendant. ) | Case No. 9:21-cv-81508-DMM |

**MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM BY THE UNITED STATES ARMY CORPS OF ENGINEERS AND ITS NAMED OFFICERS**

Pursuant to Local Rule 7.1 (c)(2) Defendants request leave to file an over-length memorandum in support of their motion to dismiss the three complaints in this consolidated case, filed today. Plaintiffs have authorized the undersigned to represent that they do not oppose the filing of a thirty-page memorandum; the memorandum filed today is only twenty-four pages. The length of the memorandum in excess of the twenty-page limit is due in part to its factual background section, which the undersigned hopes will be uncontroversial and yet useful to the Court.

Dated this 6th day of January, 2022.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*/s/Peter Kryn Dykema*
Peter Kryn Dykema
Sally J. Sullivan
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington DC 20044-7611

        peter.dykema@usdoj.gov
        sally.sullivan@usdoj.gov
        Phone: (202) 305 0436
        Fax: (202) 305 0274

        *Attorneys for Defendants*

Electronically filed.