UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OKEELANTA CORPORATION, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, )<br>)<br>    Defendant. )<br>)<br>_____/ | Case No.: 9:21-cv-81505-DMM |
| UNITED STATES SUGAR CORPORATION, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, et al., )<br>)<br>    Defendant. )<br>)<br>_____/ | Case No.: 9:21-cv-81506-DMM |
| SUGAR CANE GROWERS COOPERATIVE )<br>OF FLORIDA, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, )<br>)<br>    Defendant. )<br>)<br>_____/ | Case No.: 9:21-cv-81508-DMM |

<u>**MOTION OF SANIBEL-CAPTIVA CONSERVATION FOUNDATION, INC., SANIBEL-CAPTIVA ISLANDS CHAMBER OF COMMERCE, INC., FLORIDA KEYS FISHING GUIDES ASSOCIATION, INC., ISLAMORADA CHAMBER OF COMMERCE, INC., CAPTAINS FOR CLEAN WATER, INC., THE EVERGLADES FOUNDATION, INC., AND FLORIDA BAY FOREVER, INC. , FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**</u>

Sanibel-Captiva Conservation Foundation, Inc., Sanibel-Captiva Islands Chamber of Commerce, Inc., Florida Keys Fishing Guides Association, Inc., Islamorada Chamber of Commerce, Inc., Captains for Clean Water, Inc., the Everglades Foundation, Inc. and Florida Bay Forever, Inc. (together, the "Proposed Everglades Amici"), by and through undersigned counsel and consistent with Rule 29, Fed. R. App. Pro., jointly move for leave to file an amicus curiae brief in support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment, DE 59 (corrected motion filed September 2, 2022). In accordance with Local Rule 7.1, the Everglades Amici include the following Memorandum of Law in support of this Motion.

<u>**CONFERENCE CERTIFICATE**</u>

Counsel for Proposed Everglades Amici, in accordance with Local Rule 7.1(a)(3), has conferred with all parties or non-parties who may be affected by the relief sought in this motion, incorporated memorandum of law, and proposed amicus curiae brief before filing this motion. Counsel for Plaintiffs, United States Sugar Corporation, Okeelanta Corporation and the Sugar Cane Growers Cooperative of Florida, state that Plaintiffs will reserve their position on the Proposed Everglades Amici's motion for leave to file an amicus curiae brief until given an opportunity to review it. Counsel for the Federal Defendants take no position on Everglades Amici's motion for leave to file an amicus curiae brief. Amici Curiae Florida Fruit and Vegetable

1

Association and Florida Farm Bureau Federation take no position on Proposed Everglades Amici's motion for leave to file an amicus curiae brief.

Respectfully submitted this 6th day of September, 2022.

/s/ S. Ansley Samson
**S. ANSLEY SAMSON**
ansley@evergladeslaw.org
Florida Bar No.: 86398

**LISA INTERLANDI**
lisa@evergladeslaw.org
Florida Bar No.: 146048

**ELIZABETH FATA CARPENTER**
elizabeth@evergladeslaw.org
Florida Bar No.: 123542

Everglades Law Center, Inc.
378 Northlake Blvd. #105
North Palm Beach, FL 33408
(786) 496-3309

*Attorneys for Proposed Everglades Amici*

Electronically filed via CM/ECF

# MEMORANDUM OF LAW IN SUPPORT OF THE EVERGLADES AMICI'S MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF

## I. The Proposed Everglades Amici's Interests in This Case

The **Sanibel Captiva Conservation Foundation, Inc.,** ("SCCF") is a non-profit organization founded in 1967 whose mission is to protect and care for Southwest Florida's coastal ecosystems through a focus on water quality research, policy and advocacy, sea turtles and shorebirds, native landscaping, habitat and wildlife management, and environmental education. SCCF is the largest private landowner on Sanibel Island, managing more than 1,200 acres on Sanibel plus more than 600 additional acres on surrounding islands and watersheds. SCCF has been working on the Comprehensive Everglades Restoration Plan ("CERP") for more than 25 years, beginning with the Central and Southern Florida Project Restudy in the 1990s to present day. SCCF has provided extensive science and monitoring to support Everglades restoration efforts.

For more than 60 years, the **Sanibel-Captiva Islands Chamber of Commerce, Inc.**, a 501(c)(6) non-profit organization, has been dedicated to fostering the growth and prosperity of the business community, while nurturing the quality of life for all those who live, visit and work on Sanibel and Captiva Islands. The Sanibel-Captiva Islands Chamber advocates on behalf of its members in support of Everglades restoration efforts due to the impact that regional water management decisions and poor water quality have on its communities.

The **Florida Keys Fishing Guides Association, Inc., ("FKFGA")** is a Florida non-profit organization with approximately 120 members.  FKFGA exists to support the current and future wellbeing of south Florida fisheries and ecosystems, and the livelihood of backcountry fishing guides which work in that environment. The FKFGA supports restoration projects, sponsors

1

travel to speak on conservation issues, and gives grants to local schools for students to participate in research projects to benefit the fisheries and ecosystems of the Florida Keys.

The **Islamorada Chamber of Commerce, Inc.,** is a 501(c)(6) organization whose mission is to promote business by providing support, education and advocacy. Members of the Islamorada Chamber of Commerce are affected by environmental and water quality problems that impact the Florida Keys, the Everglades, Florida Bay and surrounding areas. The Chamber advocates on behalf of its members to support Everglades restoration efforts in order to improve the quality of the environment in and around the Florida Keys.

**Captains For Clean Water, Inc.,** is a grassroots 501(c)(3) Florida non-profit organization with more than 135,000 members and supporters that fights to restore and protect water resources by advancing science-based solutions, raising awareness, empowering advocacy and ensuring accountability. Captains unites the outdoor industry, environmental groups, business community and concerned citizens around important water resource issues particularly as they affect the Everglades and estuarine environments to protect valuable environmental resources for future generations.

The **Everglades Foundation, Inc.,** is a 501(c)(3) Florida not for profit corporation that works to restore and protect America's Everglades through science, advocacy, and education. The Everglades Foundation seeks a restored Everglades with abundant freshwater for consumption, enjoyment, ecological health, and economic growth for generations to come.

**Florida Bay Forever, Inc.,** is a 501(c)(3) non-profit organization based in Islamorada, Florida. The organization was founded in 2016 in response to a devastating seagrass die-off, algal blooms, and fish kills on Florida Bay, by concerned citizens who depend on a healthy Florida Bay for their livelihoods and community. Everglades restoration and the health of Florida

Bay are inextricably linked as they are part of one hydrological system. Its mission is to protect and preserve Florida Bay through education and advocacy, giving Monroe County residents and visitors a voice to encourage sending water south.

These organizations – together, the Proposed Everglades Amici – advocate for and have members who use, enjoy and depend on a healthy Everglades, Florida Keys, Caloosahatchee and St. Lucie estuaries, and Lake Okeechobee. Their interest in this case is to ensure that the Comprehensive Everglades Restoration Plan ("CERP") is implemented to restore, preserve, and protect America's Everglades and to safeguard the U.S. Army Corps of Engineers' ("Corps") ability to effectively manage its infrastructure throughout south Florida for the protection of fish, wildlife and Everglades National Park.

**II.      The Reason Why Proposed Everglades Amici's Amicus Curiae Brief Is Desirable and Why the Matters Asserted are Relevant to the Disposition of the Case.**

As this Court made clear in its August 4, 2022 Order On Joint Motion For Leave To File Amicus Curiae Brief, which granted the motion of the Florida Farm Bureau Federation and the Florida Fruit and Vegetable Association (together, the "Farm Interests") to file an amicus curiae brief, "district courts retain significant discretion" in deciding whether to permit the filing of amicus curiae briefs. DE 54 at 2. The Court's Order highlighted the careful balance an amicus curiae must manage in, on the one hand, not "inject[ing] new issues into the case" and, on the other, not simply being repetitive. DE 54 at 2. In granting the Farm Interests' motion, the Court found that, although they "advance the same basic positions as Plaintiffs, and many of their members are similarly situated to Plaintiffs," they would nonetheless "add a different perspective on the scope and consequences of the issues before the Court." DE 54 at 2. Similarly, if not more so than the Farm Interests, the Proposed Everglades Amici will "add a different perspective on

the scope and consequences of the issues before the Court" and "[p]rovid[e] practical perspectives on the consequences of potential outcomes." DE 54 at 2; *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020).

Proposed Everglades Amici represent stakeholders from all areas of the South Florida system, including the west coast, east coast, Florida Keys, central Everglades and everything in between. Proposed Everglades Amici have experienced harm from the management of the Central and South Florida Project ("C&SF Project")–and its operation without the benefits of full Everglades restoration as contemplated by the Water Resource Development Act of 2000 ("WRDA 2000")–suffering harm to their business and recreational interests from seagrass die-offs, algal blooms, fish kills, dolphin and manatee deaths, extremes in fresh water discharges or the lack thereof and ecological disasters throughout all areas of South Florida. These ecological disasters caused significant economic harm to local communities and for several of the Proposed Everglades Amici, served as the catalysts for the organizations' creation. Proposed Everglades Amici consistently allocate significant time and resources towards the resolution of these ecological conditions for the benefit of their environment, communities, and businesses. Proposed Everglades Amici represent a meaningful group of South Florida stakeholders who have experienced harm from the operation of the C&SF Project and who, with their historic commitment and involvement with the nuance of Everglades restoration and resolving these harms, can provide "a different perspective on the scope and consequences of the issues before the Court." *See id.*

Plaintiffs United States Sugar Corporation, Okeelanta Corporation and Sugar Cane Growers Cooperative of Florida (collectively "the Sugar Industry Plaintiffs") address an issue of first impression in the courts and advance an unprecedented reading of Section 601 of WRDA

2000–a provision in the law known as the "Savings Clause"–that is contrary to the plain meaning of WRDA 2000, its implementing regulations, and to the agencies' long standing interpretation of the law and regulations since WRDA 2000 was adopted. While Defendants' brief addressed the applicable canons of statutory and regulatory interpretation that refute Sugar Industry Plaintiffs' arguments about the meaning of the Savings Clause, Proposed Everglades Amici will describe the far-reaching *implications* of the Sugar Industry Plaintiffs' interpretation–a matter relevant to fully understanding the Savings Clause contained in WRDA 2000. *See id.* at 764 (finding that a proposed amicus brief met the federal standard and was appropriate when the amici were "highlighting the practical results if [the court] decided to affirm").

Drawing on their decades of experience as users of the Everglades, coastal estuaries in South Florida, and the Florida Keys, as well as their deep experience as advocates for Everglades restoration in order to protect those interests, Proposed Everglades Amici will use their brief to highlight both the extent to which Sugar Industry Plaintiffs' interpretation of the Savings Clause departs from long standing practice and the impacts of the Plaintiffs' proposed interpretation of the Savings Clause on the Corps' ability both to effectively implement CERP projects to restore the Everglades and to exercise its traditional authority to operate and manage the C&SF Project by balancing project purposes including flood control, regional water supply for urban and agricultural areas as well as Everglades National Park, prevention of saltwater intrusion, preservation of fish and wildlife, recreation, and navigation.

Proposed Everglades Amici first explain how the Sugar Industry Plaintiffs' interpretation of the Savings Clause would hinder CERP's ability to restore the Everglades. Then they describe how Plaintiffs' broader interpretation of Section 601 of WRDA 2000 threatens the Corps' basic authority to manage the C&SF Project to protect fish and wildlife and the communities that

depend on healthy ecosystems. The Proposed Everglades Amici's brief does not repeat but builds on Defendants' arguments, identifying practical ramifications and the broader context of this case.

For these reasons, Proposed Everglades Amici respectfully request that this Court grant their motion and permit them leave to file the attached amicus curiae brief in support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment. DE 59.

Respectfully submitted this 6th day of September, 2022.

*/s/ S. Ansley Samson*
**S. ANSLEY SAMSON**
ansley@evergladeslaw.org
Florida Bar No.: 86398

**LISA INTERLANDI**
lisa@evergladeslaw.org
Florida Bar No.: 146048

**ELIZABETH FATA CARPENTER**
elizabeth@evergladeslaw.org
Florida Bar No.: 123542
Everglades Law Center, Inc.
378 Northlake Blvd. #105
North Palm Beach, FL 33408
(786) 496-3309

*Attorneys for Proposed Everglades Amici*

Electronically filed via CM/ECF