UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| OKEELANTA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81505-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | |
| | ) | |
| Defendant. | ) | |
| UNITED STATES SUGAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81506-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81508-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON JOINT MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

THIS CAUSE comes before the Court on Motion of Sanibel-Captiva Conservation Foundation, Inc. et al. ("Environmental NGOs") and Motion of South Florida Water Management

District ("SFWMD") for Leave to File *Amicus Curiae* Briefs in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgement ("Motions"), filed September 2, 2022, DE 59. (DE 60, 61). Plaintiffs' do not oppose the Motions. (DE 62). Plaintiffs' request an additional ten pages in their Summary Judgement papers to respond to the *amici curiae* briefs. (DE 62). For the reasons set forth below, the *amicus curiae* Motions are granted and Plaintiffs' request is granted in part.

The procedural rules applicable in this proceeding do not speak to the propriety of *amicus* briefs in district court actions. Federal Rule of Appellate Procedure 29, which I look to for guidance, requires only that the movant explain "the reason why an amicus brief is desirable and why the matters asserted are relevant to the case." Fed. R. App. P. 29(a)(3). Various courts have emphasized different factors as important considerations, as reflected by the law cited in the Motions. What is evident is that district courts retain significant discretion in this area.

I find that the Environmental NGOs add a different perspective on the scope and consequences of the issues before the Court. I also find that SFWMD adds pertinent context to the environmental consequences at stake. The Seventh Circuit has outlined several factors a court may appropriately consider, which include "[p]roviding practical perspectives on the consequences of potential outcomes" and "[e]xplaining the broader regulatory . . . context in which a question comes to the court." *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020). The proposed *amicus* briefs would be additive, *see id.* at 763–64, and may be helpful to the Court in ruling on the Parties' cross motions for summary judgment. I will therefore permit Environmental NGOs and SFWND to file the proposed *amicus* briefs.

Plaintiffs request that the page limits for their summary judgement papers be extended by five pages per *amicus* brief, for a total of ten. (DE 62). That request is denied. I find that while

the Environmental NGOs brief adds a different perspective, it is not so different that it will require an extensive response from Plaintiffs. Plaintiffs also already address some of those issues in the current summary judgement papers. However, I will allow Plaintiffs to file an additional five pages to address both *amicus* briefs.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Sanibel-Captiva Conservation Foundation, Inc. et al.'s Motion for Leave to file an *Amicus Curiae* Brief in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgement (DE 60) is **GRANTED**.

(2) South Florida Water Management District's Motion for Leave to file an *Amicus Curiae* Brief in Support of Defendant United States Army Corps of Engineers' Cross-Motion for Summary Judgement (DE 61) is **GRANTED**.

(3) The *Amicus Curiae* briefs must be filed in the court record on or by **September 12, 2022**.

(4) Plaintiffs' page limit for summary judgment briefing is extended by five pages.

**SIGNED**, in Chambers, at West Palm Beach, Florida, this _9_ day of September, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record