UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| OKEELANTA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81505-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | / | |
| UNITED STATES SUGAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81506-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | / | |
| SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81508-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | / | |

**ORDER SETTING HEARING ON MOTIONS FOR SUMMARY JUDGMENT**

THIS CAUSE comes before the Court upon Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary

Judgment, wherein Plaintiffs request a hearing on the motions for summary judgment. (DE 67 at 32). Having reviewed the motions, I find that a hearing is warranted.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that a one-hour hearing is **SCHEDULED** for **February 10, 2023, at 1:30 p.m.** in the Paul G. Rogers Federal Building, Courtroom 7, 701 Clematis Street, West Palm Beach, FL 33401.

**SIGNED**, in Chambers, at West Palm Beach, Florida, this 18 day of January, 2023.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record

2