# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OKEELANTA CORPORATION,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES ARMY CORPS OF  )<br>ENGINEERS,  )<br>  )<br>  Defendant.  )<br>_____/ | Case No. 9:21-cv-81505-DMM |
| UNITED STATES SUGAR CORPORATION,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES ARMY CORPS OF  )<br>ENGINEERS, et al.,  )<br>  )<br>  Defendants.  )<br>_____/ | Case No. 9:21-cv-81506-DMM |
| SUGAR CANE GROWERS COOPERATIVE OF  )<br>FLORIDA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES ARMY CORPS OF  )<br>ENGINEERS,  )<br>  )<br>  Defendant.  )<br>_____/ | Case No. 9:21-cv-81508-DMM |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO COURT**

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Leave to Bring

Electronic Equipment into Court for Use at Hearing on Motions for Summary Judgment on February 10, 2023 ("Motion"), filed herein on February 10, 2023. The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Motion (D.E. 73) is hereby **GRANTED**; and

2. All counsel with proper identification are permitted to bring into the courthouse their cellphones. Plaintiffs may use and bring in the equipment outlined below for use at the Hearing on Motions for Summary Judgment on February 10, 2023 at 1:30 pm.

| Owner/Presenter | Equipment |
|---|---|
| Luna Phillips | Laptop |
| Deborah Madden | Laptop |
| Elizabeth Ross | Laptop |
| Gregory Munson | Laptop |
| Gary Perko | Laptop |
| Neal McAliley | Laptop |
| Charles Throckmorton | Laptop |
| Matt Coglianese | Cell phone |

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 10th day of February 2023.

Donald M. Middlebrooks
United States District Judge

cc: All Counsel of Record