UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| OKEELANTA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, ) <br> ) <br> Defendant. ) <br> _____/ | Case No. 9:21-cv-81505-DMM | |
| UNITED STATES SUGAR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, *et al.*, ) <br> ) <br> Defendants. ) <br> _____/ | Case No. 9:21-cv-81506-DMM | |
| SUGAR CANE GROWERS COOPERATIVE OF ) <br> FLORIDA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, ) <br> ) <br> Defendant. ) <br> _____/ | Case No. 9:21-cv-81508-DMM | |

**FINAL JUDGMENT**

THIS CAUSE having come before the Court upon Defendants' Cross Motion for Summary Judgment (DE 59) and the Court having granted Defendants' Motion and denied Plaintiff's Motion for Summary Judgment (DE 50), it is hereby **ORDERED AND ADJUDGED** that:

1. Final Judgment is hereby entered for Defendants UNITED STATES ARMY CORPS OF ENGINEERS, CHRISTINE E. WORMUTH, MICHAEL L. CONNOR, LIEUTENANT GENERAL SCOTT A. SPELLMON, and COLONEL JAMES L. BOOTH against Plaintiff OKEELANTA CORPORATION, UNITED STATES SUGAR CORPORATION, and SUGAR CANE GROWERS COOPERATIVE OF FLORIDA.

2. The Clerk of Court shall **CLOSE THIS CASE**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 21 day of March, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE