## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| OKEELANTA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81505-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |
| UNITED STATES SUGAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81506-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | | |
| SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:21-cv-81508-DMM |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |

## <u>NOTICE OF APPEAL</u>

The Plaintiff, United States Sugar Corporation, by and through its undersigned counsel,

pursuant to Federal Rule of Appellate Procedure 3, appeals to the United States Court of Appeals

for the Eleventh Circuit from the Order on Cross-Motions for Summary Judgment [DE 76], entered

March 21, 2023 and Final Judgment [DE 77], entered March 22, 2023.

Dated: May 16, 2023                    Respectfully submitted,

                                       */s/ Gregory M. Munson*
_____

                                       **GREGORY M. MUNSON**
                                       Florida Bar No.: 188344
                                       GUNSTER, YOAKLEY & STEWART, P.A.
                                       215 South Monroe Street, Suite 601
                                       Tallahassee, Florida 32301
                                       Primary email: gmunson@gunster.com
                                       Secondary email: mmcleod@gunster.com and
                                       rfrazier@gunster.com
                                       Telephone: 850-521-1980
                                       Facsimile: 850-576-0902

                                       **DEBORAH K. MADDEN**
                                       Florida Bar No.: 0098816
                                       GUNSTER, YOAKLEY & STEWART, P.A.
                                       Las Olas Centre
                                       450 East Las Olas Boulevard, Suite 1400
                                       Fort Lauderdale, Florida 33301
                                       Primary email: dmadden@gunster.com
                                       Secondary email: mmcleod@gunster.com
                                       Telephone: 954-462-2000
                                       Facsimile: 954-523-1722

                                       **LUNA E. PHILLIPS**
                                       Florida Bar No.: 0063673
                                       GUNSTER, YOAKLEY & STEWART, P.A.
                                       Las Olas Centre
                                       450 East Las Olas Boulevard, Suite 1400
                                       Fort Lauderdale, Florida 33301
                                       Primary email: lphillips@gunster.com
                                       Secondary email: mmcleod@gunster.com
                                       Telephone: 954-462-2000
                                       Facsimile: 954-523-1722
                                       *Attorneys for Plaintiff, United States Sugar*
                                       *Corporation*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document and the attachments thereto are being served on this 16th day of May, 2023, on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

*/s/ Gregory M. Munson*
Gregory M. Munson

## SERVICE LIST

*Served via Notice of Electronic Filing Generated by CM/ECF*
Okeelanta Corporation, et al. vs. United States Army Corps of Engineers, et al.
CASE NO.: 21-81505-CIV-MIDDLEBROOKS
United States District Court Southern District of Florida

**MATTHEW J. FEELEY, ESQ.**
Assistant United States Attorney
Florida Bar No. 0012908
Office of the United States Attorney,
Juan Antonio Gonzalez
Southern District of Florida
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Telephone: 305-961-9235
Facsimile: 305-530-7139
Email: Matthew.Feeley@usdoj.gov
*Attorneys for Defendants, United States Army Corps of Engineers, et al.*

**SALLY J. SULLIVAN, ESQ.**
U.S. Department of Justice
Environment and Natural Resources Division
150 M Street NE Suite 3.142
Washington, DC 20002
Telephone: 202-514-9269
Facsimile: 202-305-0506
Primary email: sally.sullivan@usdoj.gov
Secondary email: efile_nrs.enrd@usdoj.gov
*Attorneys for Defendants, United States Army Corps of Engineers, et al.*

**PETER KRYN DYKEMA, ESQ.**
U. S. Department of Justice
Environment and Natural Resources
Division
4 Constitution Square
150 M Street, N.E., Suite 3.206
Washington, DC 20002
Telephone: 202-305-0436
Facsimile: 202-305-0274
Primary email: peter.dykema@usdoj.gov
Secondary email: efile_nrs.enrd@usdoj.gov
*Attorneys for Defendants, United States
Army Corps of Engineers, et al.*

**LAURA E. SCALA-OLYMPIO, ESQ.**
Manson Bolves Donaldson Varn, P.A.
515 N Flagler Drive, Suite 301
West Palm Beach, Florida 33401
Primary email:
lolympio@mansonbolves.com
Primary email:
BAccardo@MansonBolves.com
Secondary email:
cdonaldson@mansbolves.com
Secondary email:
vdavis@mansonbolves.com
*Attorney for Joint Amicus, the Florida Fruit
& Vegetable Association and Florida Farm
Bureau Federation*

**S. ANSLEY SAMSON, ESQ.**
**LISA INTERLANDI, ESQ.**
**ELIZABETH FATA CARPENTER,**
**ESQ.**
Everglades Law Center, Inc.
378 Northlake Blvd. #105
North Palm Beach, Florida 33408
Primary: ansley@evergladeslaw.org
Primary: lisa@evergladeslaw.org
Primary: elizabeth@evergladeslaw.org
Telephone: 786-496-3309
*Attorneys for Amicus, Everglades Law
Center, Inc.*

**JULIA LOMONICO, ESQ.**
**ROBERT C. GLASS, ESQ.**
South Florida Water Management District
Office of Counsel
3301 Gun Club Road, MSC 1410
West Palm Beach, Florida 33444
Primary email: jlomonic@sfwmd.gov
Primary email: roglass@sfwmd.gov
Secondary email: litigation@sfwmd.gov
Secondary email: pguzman@sfwmd.gov
Telephone: 561-682-2157
*Attorneys for Amicus, South Florida Water
Management District*

**T. NEAL MCALILEY**
Florida Bar No.: 172091
Email: nmcaliley@carltonfields.com
**CHARLES THROCKMORTON**
Florida Bar No.: 101203
Email: cthrockmorton@carltonfields.com
CARLTON FIELDS, P.A.
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: 305-530-0050
Facsimile: 305-530-0055
*Attorneys for Plaintiff, Okeelanta
Corporation*

**MATTHEW PATRICK COGLIANESE**
Florida Bar No.: 471585
Email:
matthew.coglianese@floridacrystals.com
FLORIDA CRYSTALS CORPORATION
One North Clematis Street, Suite 200
West Palm Beach, Florida 33401
Telephone: 561-532-1528
*Attorneys for Plaintiff, Okeelanta
Corporation*

**GARY V. PERKO**
Florida Bar No.:  855898
Email: gperko@holtzmanvogel.com
**GARY K. HUNTER**
Florida Bar No.: 949779
Email: ghunter@holtzmanvogel.com
**MOHAMMAD O. JAZIL**
Florida Bar No.: 72556
Email: mjazil@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
19 South Monroe Street, Suite 500
Tallahassee, Florida 32301
Telephone: 850-270-5938
*Attorneys for Plaintiff, Sugar Cane*
*Growers Cooperative of Florida*