## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OKEELANTA CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 9:21-cv-81505-DMM |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) |
| Defendant. | ) ) ) / |

### OKEELANTA CORPORATION'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Okeelanta Corporation, by and through undersigned counsel, appeals to the U.S. Eleventh Circuit Court of Appeals from the Final Judgment entered on March 22, 2023 (D.E. 77) and the Order on Cross-Motions for Summary Judgment entered on March 21, 2023 (D.E. 76).

Date: May 17, 2023

Respectfully Submitted,

/s/ Neal McAliley

**T. NEAL MCALILEY**
Florida Bar No.: 172091
Email: nmcaliley@carltonfields.com
**CHARLES THROCKMORTON**
Florida Bar No.: 101203
Email: cthrockmorton@carltonfields.com
CARLTON FIELDS, P.A.
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: 305-530-0050
Facsimile: 305-530-0055
*Attorneys for Plaintiff, Okeelanta Corporation*

1

132978407.2

**MATTHEW PATRICK COGLIANESE**
Florida Bar No.: 471585
Email: matthew.coglianese@floridacrystals.com
FLORIDA CRYSTALS CORPORATION
One North Clematis Street, Suite 200
West Palm Beach, Florida 33401
Telephone: 561-532-1528
*Attorneys for Plaintiff, Okeelanta Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 17th day of May 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon counsel of record by transmission of Notices of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Neal McAliley*

## SERVICE LIST

*Served via Notice of Electronic Filing Generated by CM/ECF*
Okeelanta Corporation, et al. vs. United States Army Corps of Engineers, et al.
CASE NO.: 21-81505-CIV-MIDDLEBROOKS
United States District Court Southern District of Florida

| | |
|---|---|
| **MATTHEW J. FEELEY, ESQ.**<br>Assistant United States Attorney<br>Florida Bar No. 0012908<br>Office of the United States Attorney, Juan Antonio Gonzalez<br>Southern District of Florida<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132-2111<br>Telephone: 305-961-9235<br>Facsimile: 305-530-7139<br>Email: Matthew.Feeley@usdoj.gov<br>*Attorneys for Defendants, United States Army Corps of Engineers, et al.* | **SALLY J. SULLIVAN, ESQ.**<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>150 M Street NE Suite 3.142<br>Washington, DC 20002<br>Telephone: 202-514-9269<br>Facsimile: 202-305-0506<br>Primary email: sally.sullivan@usdoj.gov<br>Secondary email: efile_nrs.enrd@usdoj.gov<br>*Attorneys for Defendants, United States Army Corps of Engineers, et al.* |
| **PETER KRYN DYKEMA, ESQ.**<br>U. S. Department of Justice<br>Environment and Natural Resources Division<br>4 Constitution Square | **LAURA E. SCALA-OLYMPIO, ESQ.**<br>Manson Bolves Donaldson Varn, P.A.<br>515 N Flagler Drive, Suite 301<br>West Palm Beach, Florida 33401 |

132978407.2

150 M Street, N.E., Suite 3.206
Washington, DC 20002
Telephone: 202-305-0436
Facsimile: 202-305-0274
Primary email: peter.dykema@usdoj.gov
Secondary email: efile_nrs.enrd@usdoj.gov
*Attorneys for Defendants, United States Army Corps of Engineers, et al.*

**S. ANSLEY SAMSON, ESQ.**
**LISA INTERLANDI, ESQ.**
**ELIZABETH FATA CARPENTER, ESQ.**
Everglades Law Center, Inc.
378 Northlake Blvd. #105
North Palm Beach, Florida 33408
Primary: ansley@evergladeslaw.org
Primary: lisa@evergladeslaw.org
Primary: elizabeth@evergladeslaw.org
Telephone: 786-496-3309
*Attorneys for Amicus, Everglades Law Center, Inc.*

**GREGORY M. MUNSON**
Florida Bar No.: 188344
Email: gmunson@gunster.com
**DEBORAH K. MADDEN**
Florida Bar No.: 0098816
Email: dmadden@gunster.com
**LUNA E. PHILLIPS**
Florida Bar No.: 0063673
Email: lphillips@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
215 South Monroe Street, Suite 601
Tallahassee, Florida 32301
Telephone: 850-521-1980
*Attorneys for Plaintiff, U.S. Sugar Corp.*

Primary email: lolympio@mansonbolves.com
Primary email: BAccardo@MansonBolves.com
Secondary email: cdonaldson@mansbolves.com
Secondary email: vdavis@mansonbolves.com
*Attorney for Joint Amicus, the Florida Fruit & Vegetable Association and Florida Farm Bureau Federation*

**JULIA LOMONICO, ESQ.**
**ROBERT C. GLASS, ESQ.**
South Florida Water Management District
Office of Counsel
3301 Gun Club Road, MSC 1410
West Palm Beach, Florida 33444
Primary email: jlomonic@sfwmd.gov
Primary email: roglass@sfwmd.gov
Secondary email: litigation@sfwmd.gov
Secondary email: pguzman@sfwmd.gov
Telephone: 561-682-2157
*Attorneys for Amicus, South Florida Water Management District*

**GARY V. PERKO**
Florida Bar No.: 855898
Email: gperko@holtzmanvogel.com
**GARY K. HUNTER**
Florida Bar No.: 949779
Email: ghunter@holtzmanvogel.com
**MOHAMMED O. JAZIL**
Florida Bar No.: 72556
Email: mjazil@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
19 South Monroe Street, Suite 500
Tallahassee, Florida 32301
Telephone: 850-278-5938
*Attorneys for Plaintiff, Sugar Cane Growers Cooperative of Florida*

132978407.2