# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OKEELANTA CORPORATION,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES ARMY CORPS OF  )<br>ENGINEERS,  )<br>  )<br>  Defendant.  )<br>_____/ | Case No. 9:21-cv-81505-DMM |
| UNITED STATES SUGAR CORPORATION,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES ARMY CORPS OF  )<br>ENGINEERS, et al.,  )<br>  )<br>  Defendants.  )<br>_____/ | Case No. 9:21-cv-81506-DMM |
| SUGAR CANE GROWERS COOPERATIVE OF  )<br>FLORIDA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES ARMY CORPS OF  )<br>ENGINEERS,  )<br>  )<br>  Defendant.  )<br>_____/ | Case No. 9:21-cv-81508-DMM |

**<u>SUGAR CANE GROWERS COOPERATIVE OF FLORIDA'S NOTICE OF APPEAL</u>**

1

Notice is hereby given that Plaintiff Sugar Cane Growers Cooperative of Florida appeals to the U.S. Eleventh Circuit Court of Appeals from the Final Judgment entered on March 22, 2023 (Doc. 77) and the Order on Cross-Motions for Summary Judgment entered on March 21, 2023 (Doc. 76).

Date:  May 19, 2023                                   Respectfully Submitted,

/s/ Gary V. Perko

**GARY V. PERKO**
Florida Bar No.: 855898
Email: gperko@holtzmanvogel.com
**GARY K. HUNTER, JR.**
Florida Bar No.: 949779
Email: ghunter@holtzmanvogel.com
**MOHAMMAD O. JAZIL**
Florida Bar No.: 72556
Email: mjazil@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
Telephone: 850-270-5938
*Attorneys for Plaintiff, Sugar Cane Growers Cooperative of Florida*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 19th day of May 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon counsel of record by transmission of Notices of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Gary V. Perko*

**SERVICE LIST**

*Served via Notice of Electronic Filing Generated by CM/ECF*
Okeelanta Corporation, et al. vs. United States Army Corps of Engineers, et al.
CASE NO.: 21-81505-CIV-MIDDLEBROOKS
United States District Court Southern District of Florida

**MATTHEW J. FEELEY, ESQ.**
Assistant United States Attorney
Florida Bar No. 0012908
Office of the United States Attorney, Juan Antonio Gonzalez
Southern District of Florida
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Telephone: 305-961-9235
Facsimile: 305-530-7139
Email: Matthew.Feeley@usdoj.gov
*Attorneys for Defendants, United States Army Corps of Engineers, et al.*

**SALLY J. SULLIVAN, ESQ.**
U.S. Department of Justice
Environment and Natural Resources Division
150 M Street NE Suite 3.142
Washington, DC 20002
Telephone: 202-514-9269
Facsimile: 202-305-0506
Primary email: sally.sullivan@usdoj.gov
Secondary email: efile_nrs.enrd@usdoj.gov
*Attorneys for Defendants, United States Army Corps of Engineers, et al.*

**PETER KRYN DYKEMA, ESQ.**
U. S. Department of Justice
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E., Suite 3.206
Washington, DC 20002
Telephone: 202-305-0436
Facsimile: 202-305-0274
Primary email: peter.dykema@usdoj.gov
Secondary email: efile_nrs.enrd@usdoj.gov
*Attorneys for Defendants, United States Army Corps of Engineers, et al.*

**LAURA E. SCALA-OLYMPIO, ESQ.**
Manson Bolves Donaldson Varn, P.A.
515 N Flagler Drive, Suite 301
West Palm Beach, Florida 33401
Primary email: lolympio@mansonbolves.com
Primary email: BAccardo@MansonBolves.com
Secondary email: cdonaldson@mansbolves.com
Secondary email: vdavis@mansonbolves.com

3

*Attorney for Joint Amicus, the Florida Fruit & Vegetable Association and Florida Farm Bureau Federation*

**S. ANSLEY SAMSON, ESQ.**
**LISA INTERLANDI, ESQ.**
**ELIZABETH FATA CARPENTER, ESQ.**
Everglades Law Center, Inc.
378 Northlake Blvd. #105
North Palm Beach, Florida 33408
Primary: ansley@evergladeslaw.org
Primary: lisa@evergladeslaw.org
Primary: elizabeth@evergladeslaw.org
Telephone: 786-496-3309
*Attorneys for Amicus, Everglades Law Center, Inc.*

**JULIA LOMONICO, ESQ.**
**ROBERT C. GLASS, ESQ.**
South Florida Water Management District
Office of Counsel
3301 Gun Club Road, MSC 1410
West Palm Beach, Florida 33444
Primary email: jlomonic@sfwmd.gov
Primary email: roglass@sfwmd.gov
Secondary email: litigation@sfwmd.gov
Secondary email: pguzman@sfwmd.gov
Telephone: 561-682-2157
*Attorneys for Amicus, South Florida Water Management District*

**GREGORY M. MUNSON**
Florida Bar No.: 188344
Email: gmunson@gunster.com
**DEBORAH K. MADDEN**
Florida Bar No.: 0098816
Email: dmadden@gunster.com
**LUNA E. PHILLIPS**
Florida Bar No.: 0063673
Email: lphillips@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
215 South Monroe Street, Suite 601
Tallahassee, Florida 32301
Telephone: 850-521-1980
*Attorneys for Plaintiff, U.S. Sugar Corp.*

**T. NEAL MCALILEY**
Florida Bar No.: 172091
Email: nmcaliley@carltonfields.com
**CHARLES THROCKMORTON**
Florida Bar No.: 101203
Email: cthrockmorton@carltonfields.com
CARLTON FIELDS, P.A.
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: 305-530-0050
Facsimile: 305-530-0055
*Attorneys for Plaintiff, Okeelanta Corporation*

**MATTHEW PATRICK COGLIANESE**
Florida Bar No.: 471585
Email: matthew.coglianese@floridacrystals.com
FLORIDA CRYSTALS CORPORATION
One North Clematis Street, Suite 200
West Palm Beach, Florida 33401
Telephone: 561-532-1528
*Attorneys for Plaintiff, Okeelanta Corp.*

4